# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

FAUSTINO XAVIER BETANCOURT COLON,

**Plaintiff(s)**

vs.

BPP RETAIL PROPERTIES, LLC.,
ENCANTO RESTAURANTS, INC.

**Defendant(s),**

Civil No. 21-01530 (ADC)

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Order on March 23, 2023.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly

The case is **HEREBY DISMISSED** with prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 23rd day of March, 2023.

ADA I. GARCIA, ESQ.
Clerk of the Court

*s/ Sulma López-Defilló*
Sulma López-Defilló
Deputy Clerk